UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81606-CIV-MARRA

RYAN COWELL, as assignee
of HBA International,

    Plaintiff,
vs.

ALIBI, LTD et al.,

    Defendants.
_____/

## ORDER

This cause is before the Court upon the Motion for Warrant of Arrest (DE 28); Motion to Appoint Custodian (DE 29); Motion to Strike Motion for Warrant of Arrest (DE 31) and Emergency Motion to Strike Intervening Complaint (DE 33). The Court held a hearing on December 18, 2015. The Court has carefully considered the Motions and is otherwise fully advised in the premises.

Based on the agreement of the parties, it is hereby **ORDERED AND ADJUDGED** as follows:

    1)     The Motion for Warrant of Arrest (DE 28) is **DENIED AS MOOT.**

    2)     The Motion to Appoint Custodian (DE 29) is **DENIED AS MOOT**.

    3)     The Motion to Strike Motion for Warrant of Arrest (DE 31) is **DENIED AS MOOT**.

    4)     The Emergency Motion to Strike Intervening Complaint (DE 33) is **DENIED WITH RESPECT TO EMERGENCY RELIEF** and will be decided in the

ordinary course.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 21st day of December, 2015.

                                                     KENNETH A. MARRA
                                                   United States District Judge