UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
IN ADMIRALTY

Case No: 9:15-CV-81606-KAM

RYAN COWELL.as assignee
of HBA International,

    Plaintiff
v.

ALIBI, LTD., a foreign corporation, in personam,
MARIA SNEDEN MATTHEWS, a/k/a MIA S.
MATHEWS, in personam, ROBERT V. MATTHEWS,
 in personam, and M/Y ALIBI, her engines, freights, apparel,
appurtenances, tackle, etc. *in rem*

    Defendants.

RYAN BLACK, derivatively as a member of
and on behalf of PALM HOUSE, LLC,

    Intervening Plaintiff,
_____/

## JOINT STIPULATION FOR SETTLEMENT

RYAN COWELL, as assignee of HBA INTERNATIONAL, and the M/Y ALIBI, file this their Joint Stipulation for Settlement, and would stipulate and agree as follows:

1.    RYAN COWELL, as assignee of HBA INTERNATIONAL, and the M/Y ALIBI have agreed to settle the pending action by the payment to the Plaintiff, RYAN COWELL, in the amount of $54,042.99 representing the amount outstanding for the work done and invoiced by the Plaintiff.

2.    The Plaintiff is further entitled to interest at the prime rate in the amount of 3.25%, which the parties have agreed amounts to $2,114.60.

3. It is further stipulated that the custodial costs incurred in this case by the substitute custodian, Rybovich Boat Company, LLC ("Rybovich"), in the amount of $7,432.38 is to be paid to Rybovich.

4. The Plaintiff is further entitled to recover its costs in the amount of $1,049.30, which represents the Court filing fee and the U.S. Marshal's fees for arresting the vessel.

Dated:  December 30, 2015

| | |
|---|---|
| CHALOS & CO. P.C.<br>2030 S. Douglas Road / #117<br>Coral Gables, FL 33134<br>P:  305-377-3700<br>F:  305-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<br>mov@chaloslaw.com<br><br>By:  s/Michelle Otero Valdés<br>    Michelle Otero Valdés<br>    FBN: 14990 | McINTOSH SCHWARTZ, P.L.<br>888 SE 3rd Avenue / #201<br>Fort Lauderdale, FL 33316<br>P:  954-556-1480<br>F:  954-760-9531<br>rdm@mcintoshschwartz.com<br><br>By:  s/Robert D. McIntosh<br>    Robert D. McIntosh<br>    FBN: 115490 |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/CEF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmissions of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  **/s   Robert D. McIntosh**
    Robert D. McIntosh (FBN: 115490)

## SERVICE LIST

Robert D. McIntosh, Esq.
rdm@mcintoshschwartz.com
**McINTOSH SCHWARTZ P.L.**
888 S.E. 3rd Avenue, Suite 500
Fort Lauderdale, Florida 33316-1159
Phone: (954) 556-1480
Fax:     (954) 760-9531
*Attorney for Defendant M/Y ALIBI*

Michelle Otero Valdés, B.C.S.
mov@chaloslaw.com
CHALOS & CO. P.C.
2030 S. Douglas Road, Suite 117
Coral Gables, Florida 33134
 Phone: (305)-377-3700
Fax: 1-(866) -702-4577
*Attorneys for Plaintiff Ryan Cowell*

C. Brooks Ricca, Jr., Esq.
C Brooks Ricca Jr. & Associates PA
The Barristers Building
1615 Forum Place / suite 200
West Palm Beach, FL 33401
Phone:  561-833-4544
Fax:     561-833-4524
*Attorneys for Ryan Black*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
IN ADMIRALTY

Case No: 9:15-CV-81606-KAM

RYAN COWELL.as assignee
of HBA International,

    Plaintiff
v.

ALIBI, LTD., a foreign corporation, in personam,
MARIA SNEDEN MATTHEWS, a/k/a MIA S.
MATHEWS, in personam, ROBERT V. MATTHEWS,
 in personam, and M/Y ALIBI, her engines, freights, apparel,
appurtenances, tackle, etc. *in rem*

    Defendants.

RYAN BLACK, derivatively as a member of
and on behalf of PALM HOUSE, LLC,

    Intervening Plaintiff,
_____/

## ORDER ON JOINT STIPULATION FOR SETTLEMENT

This cause is before the Court on the Joint Stipulation for settlement and payment and disbursement of the funds which have been deposited into the Registry of the Court as security for the maritime lien brought by the Plaintiff against the M/Y ALIBI.

IT IS ORDERED as follows:

1.    The Clerk of Court is directed to disburse to Ryan Cowell, as assignee of HBA International the sum of $54,042.99 plus interest in the amount of $2,114.60, and costs in the amount of $1,049.30, for a total of $57,206.89 ("Plaintiff's Funds").

2.    The Clerk of Court shall deliver the Plaintiff's Funds to Plaintiff's counsel,

Michelle Otero Valdes, Esq. of Chalos & Co, P.C., 2030 S. Douglas Road, Suite 117, Coral Gables, Florida 33134, whose Tax Identification Number is 26-2315128.

3. The Clerk of Court is ordered to disburse the sum of $7,432.38 to Rybovich Boat Company, LLC, whose Tax Identification Number is 83-0376815, as *custodia legis* fees owed to the Substitute Custodian ("Custodia Legis Fees").

4. The Clerk of Court shall deliver the Custodia Legis Fees to Timothy W. Sargent, Jr., Chief Financial Officer, Rybovich Boat Company, LLC, 4200 North Flagler Drive, West Palm Beach, FL 33407, whose Tax Identification Number is 83-0376815.

5. The balance of the funds remaining in the Registry of the Court and any interest earned on the funds shall be disbursed to the Trust Account of McIntosh Schwartz, P.L., 888 SE 3rd Avenue, Suite 500, Fort Lauderdale, FL 33316, whose Tax Identification Number is 45-0701543.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, on this _____ day of December, 2015.

_____
U.S. DISTRICT JUDGE KENNETH A. MARRA

Copies furnished counsel