UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
IN ADMIRALTY

Case No: 9:15-CV-81606-KAM

RYAN COWELL.as assignee
of HBA International,

    Plaintiff
v.

ALIBI, LTD., a foreign corporation, in personam,
MARIA SNEDEN MATTHEWS, a/k/a MIA S.
MATHEWS, in personam, ROBERT V. MATTHEWS,
 in personam, and M/Y ALIBI, her engines, freights, apparel,
appurtenances, tackle, etc. *in rem*

    Defendants.

RYAN BLACK, derivatively as a member of
and on behalf of PALM HOUSE, LLC,

    Intervening Plaintiff,
_____/

## JOINT STIPULATION FOR DEPOSIT OF FUNDS
## FROM SALE OF THE M/Y ALIBI

    COME NOW the parties, Intervening Plaintiff, RYAN BLACK, and M/Y ALIBI, and files this Joint Stipulation for deposit of funds from the sale of the M/Y ALIBI in the Registry of the Court and state:

    1.    At a hearing before the Court held on the afternoon of December 18, 2015, the Court considered the stipulation of the parties regarding the disbursement of the funds to be received from the sale of the M/Y ALIBI and approved the depositing of the funds that were not to be paid to agreed vendors in the amount of $2,323,179.95 into the Registry of the Court.

    2.    The parties hereby agree that if after the entry of this Court's order ratifying this

Joint Stipulation, it subsequently learned that additional funds from the sale of M/Y ALIBI should have been deposited into the Registry of the Court, any party having an interest in the subject matter of the action has a right to move the court compelling the deposit of the additional funds into the Registry of the Court.

3. Counsel has been informed that the Clerk of Court needs a court order before accepting the funds for deposit in the Court Registry. Therefore, the M/Y ALIBI and the Intervening Plaintiff, RYAN BLACK, jointly request that this Court enter an Order directing that the funds received from the sale of the M/Y ALIBI in the amount of $2,323,179.95, be deposited in the Registry of the Court.

Dated: December 30, 2015.

| | |
|---|---|
| CHALOS & CO. P.C.<br>2030 S. Douglas Road / #117<br>Coral Gables, FL 33134<br>P: 305-377-3700<br>F: 305-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<br>mov@chaloslaw.com<br><br>By: _s/ Michelle Otero Valdes_<br>   Michelle Otero Valdes<br>   FBN: 14990 | McINTOSH SCHWARTZ, P.L.<br>888 SE 3rd Avenue / #201<br>Fort Lauderdale, FL 33316<br>P: 954-556-1480<br>F: 954-760-9531<br>rdm@mcintoshschwartz.com<br><br>By: _s/ Robert D. McIntosh_<br>   Robert D. McIntosh<br>   FBN: 115490 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/CEF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmissions of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: ___/s   Robert D. McIntosh___
Robert D. McIntosh (FBN: 115490)

## SERVICE LIST

Robert D. McIntosh, Esq.
rdm@mcintoshschwartz.com
**McINTOSH SCHWARTZ P.L.**
888 S.E. 3rd Avenue, Suite 500
Fort Lauderdale, Florida 33316-1159
Phone: (954) 556-1480
Fax:    (954) 760-9531
*Attorney for Defendant M/Y ALIBI*

Michelle Otero Valdés, B.C.S.
mov@chaloslaw.com
CHALOS & CO. P.C.
2030 S. Douglas Road, Suite 117
Coral Gables, Florida 33134
 Phone: (305)-377-3700
Fax: 1-(866) -702-4577
*Attorneys for Plaintiff Ryan Cowell*

C. Brooks Ricca, Jr., Esq.
C Brooks Ricca Jr. & Associates PA
The Barristers Building
1615 Forum Place / suite 200
West Palm Beach, FL 33401
Phone:  561-833-4544
Fax:    561-833-4524
*Attorneys for Ryan Black*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
IN ADMIRALTY

Case No: 9:15-CV-81606-KAM

RYAN COWELL.as assignee
of HBA International,

    Plaintiff
v.

ALIBI, LTD., a foreign corporation, in personam,
MARIA SNEDEN MATTHEWS, a/k/a MIA S.
MATHEWS, in personam, ROBERT V. MATTHEWS,
 in personam, and M/Y ALIBI, her engines, freights, apparel,
appurtenances, tackle, etc. *in rem*

    Defendants.

RYAN BLACK, derivatively as a member of
and on behalf of PALM HOUSE, LLC,

    Intervening Plaintiff,
_____/

**ORDER ON JOINT STIPULATION DEPOSIT OF FUNDS**
**FROM SALE OF THE M/Y ALIBI INTO THE COURT REGISTRY**

    This cause is before the Court on the Joint Stipulation of the parties requesting the Court direct the funds from the sale of the M/Y ALIBI, in the amount of $2,323,179.95, be deposited in the Registry of the Court.

    IT IS ORDERED that the Clerk of the Court is hereby directed to deposit the funds received from the sale of the M/Y ALIBI, in the amount of $2,323,179.95, into the Court Registry pending further order of this Court.

    IT IS FURTHER ORDER AND ADJUDGED that if it is subsequently learned that

additional funds from the sale of M/Y ALIBI should have been deposited into the Registry of the Court, any party having an interest in the subject matter of the action has a right to move the court compelling the deposit of the additional funds into the Registry of the Court.

   DONE AND ORDERED in Chambers at West Palm Beach, Florida, on this_____ day of_____, 201_.

                    _____
                    U.S. DISTRICT JUDGE KENNETH A. MARRA