UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
IN ADMIRALTY

Case No: 9:15-CV-81606-KAM

RYAN COWELL, as assignee
of HBA International,

    Plaintiff
v.

ALIBI, LTD., a foreign corporation, in personam,
MARIA SNEDEN MATTHEWS, a/k/a MIA S.
MATHEWS, in personam, ROBERT V. MATTHEWS,
in personam, and M/Y ALIBI, her engines, freights, apparel,
appurtenances, tackle, etc. *in rem*

    Defendants.

RYAN BLACK, derivatively as a member of
and on behalf of PALM HOUSE, LLC,

    Intervening Plaintiff,
_____/

## ORDER ON JOINT STIPULATION DEPOSIT OF FUNDS FROM SALE OF THE M/Y ALIBI INTO THE COURT REGISTRY

This cause is before the Court on the Joint Stipulation of the parties requesting the Court direct the funds from the sale of the M/Y ALIBI, in the amount of $2,323,179.95, be deposited in the Registry of the Court.

IT IS ORDERED that the Clerk of the Court is hereby directed to deposit the funds received from the sale of the M/Y ALIBI, in the amount of $2,323,179.95, into the Court Registry pending further order of this Court.

IT IS FURTHER ORDER AND ADJUDGED that if it is subsequently learned that

{201691.0005/L4417913_3}    4

additional funds from the sale of M/Y ALIBI should have been deposited into the Registry of the Court, any party having an interest in the subject matter of the action has a right to move the court compelling the deposit of the additional funds into the Registry of the Court.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, on this 4th day of January, 2016

U.S. DISTRICT JUDGE KENNETH A. MARRA