UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
IN ADMIRALTY

Case No: 9:15-CV-81606-KAM

RYAN COWELL, as assignee
of HBA International,

    Plaintiff
v.

M/Y ALIBI, her engines, freights, apparel,
appurtenances, tackle, etc. *in rem, et al.*,

    Defendants,

RYAN BLACK, derivatively as a member of
and on behalf of PALM HOUSE, LLC,

    Intervening Plaintiff.
_____/

## ORDER ON JOINT STIPULATION TO RELEASE COURT REGISTRY HELD FUNDS TO STATE COURT RECEIVER CARY GLICKSTEIN

THIS CAUSE is before the Court on the Joint Stipulation of the parties requesting the Court to direct the Clerk of Court to release the funds held in the Court Registry in the amount of $2,323,179.95, plus any and all interest earned on this amount, to Receiver Cary Glickstein.

ORDERED AND ADJUDGED that the Stipulation is APPROVED. The claims in this case are dismissed with prejudice, and the Clerk is directed to close this case. The parties will bear their own attorney's fees and costs with respect to the subject matter of the case. The Court reserves jurisdiction to enforce this Stipulation. Furthermore,

IT IS ORDERED that the Clerk of the Court is hereby directed to release the funds that are presently held in the Court Registry in the amount of $2,323,179.95 plus any and all interest earned on this amount to State Court Appointed Receiver Cary Glickstein at: 1118 Waterway

1

Lane, Delray Beach, Florida 33483, c/o 160 Royal Palm, LLC, tax identification number 27-0925854.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, on the 26th day of September, 2016.

_____
U.S. DISTRICT JUDGE KENNETH A. MARRA